**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 03-1982

_____

ROBERT S. WILLIS,

                                    Plaintiff - Appellant,

        versus

ATTORNEY GENERAL OF THE UNITED STATES;
DIRECTOR OF FBI; PATIENT FIRST; PORTSMOUTH
FAMILY PRACTICE; FRATERNAL ORDER OF POLICE,

                                    Defendants - Appellees.

_____

Appeal from the United States District Court for the Eastern
District of Virginia, at Norfolk.  Henry Coke Morgan, Jr., District
Judge.  (CA-03-127-2)

_____

Submitted: February 19, 2004          Decided:  February 24, 2004

_____

Before NIEMEYER, GREGORY, and SHEDD, Circuit Judges.

_____

Dismissed by unpublished per curiam opinion.

_____

Robert S. Willis, Appellant Pro Se.  George Maralan Kelley, III,
Assistant United States Attorney, Norfolk, Virginia; Kristina Helen
Vaquera, TROUTMAN SANDERS, L.L.P., Norfolk, Virginia; Paul R.
Schmidt, HUFF, POOLE & MAHONEY, P.C., Virginia Beach, Virginia;
John Wayne Brown, Hugh Edward Black, III, Chesapeake, Virginia, for
Appellees.

_____

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Robert S. Willis appeals the district court's order denying relief on his 42 U.S.C. § 1983 (2000) complaint under 28 U.S.C. § 1915(e)(2)(B) (2000). We have reviewed the record and find that this appeal is frivolous. Accordingly, we dismiss the appeal on the reasoning of the district court. See Willis v. Attorney Gen. of the United States, No. CA-03-127-2 (E.D. Va. July 3, 2003). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

DISMISSED